# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:26–cv–03945

| | |
|---|---|
| Valtrus Innovations Limited et al v. NTT Global Data Centers Americas, Inc. | Date Filed: 04/09/2026 |
| | Date Terminated: 08/07/2026 |
| Assigned to: Honorable Virginia M. Kendall | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Valtrus Innovations Limited**　　　　　　　represented by　**Connor Houghton**
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street NW
Suite 800
Washington, DC 20006
(202) 894–7315
Fax: Not a member
Email: choughton@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Patrick Colsher**
Reichman Jorgensen Lehman & Feldberg LLP
650 Fifth Ave
Suite 2320
10019
New York, NY 10017
650–623–1423
Email: pcolsher@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Sean Michael McCarthy**
Reichman, Jorgensen, Lehman, & Feldberg LLP
Intellectual Property
650 Fifth Avenue
Suite 2320
New York, NY 10019
650–623–5077
Fax: Not a member
Email: smccarthy@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Matthew Berkowitz**
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood Shores, CA 94065
650–623–1401
Fax: 650–560–3501
Email: mberkowitz@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Key Patent Innovations Limited**                    represented by   **Connor Houghton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Colsher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NTT Global Data Centers Americas, Inc.**            represented by   **Brian James Hausman**
Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229–1255
Fax: Pro Hac Vice
Email: brian.hausman@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Roger J. Fulghum**
Baker Botts LLP
910 Louisiana
Suite 3000
Houston, Ste 910 Louisiana St
Houston, TX 77002
713–229–1707
Fax: 713–229–2707
Email: roger.fulghum@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NTT Global Data Centers Americas, Inc.**            represented by   **Brian James Hausman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger J. Fulghum**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Key Patent Innovations Limited**                          represented by   **Connor Houghton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Colsher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Valtrus Innovations Limited**                          represented by   **Connor Houghton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Colsher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2026 | Ï 1 | COMPLAINT filed by Valtrus Innovations Limited, Key Patent Innovations Limited; Jury Demand. Filing fee $ 405, receipt number AILNDC–24957394. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Berkowitz, Matthew) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 2 | CIVIL Cover Sheet (Berkowitz, Matthew) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 3 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Key Patent Innovations Limited, Valtrus Innovations Limited (Berkowitz, Matthew) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 4 | Notice of Claim by Key Patent Innovations Limited, Valtrus Innovations Limited (Berkowitz, Matthew) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 5 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Matthew Berkowitz (Berkowitz, Matthew) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 6 | |

| | | |
|---|---|---|
| | | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Patrick Colsher (Colsher, Patrick) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 7 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Connor Houghton (Houghton, Connor) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 8 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Sean Michael McCarthy (McCarthy, Sean) (Entered: 04/09/2026) |
| 04/09/2026 | Ï | CASE ASSIGNED to the Honorable Virginia M. Kendall. Designated as Magistrate Judge the Honorable Albert Berry, III. Case assignment: Random assignment. (Civil Category 1). (cvk, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post−trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (cvk, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 10 | SUMMONS Issued (Court Participant) as to Defendant NTT Global Data Centers Americas, Inc. (axm, ) (Entered: 04/09/2026) |
| 04/10/2026 | Ï 11 | MAILED patent report to Patent Trademark Office, Alexandria VA (rp, ) (Entered: 04/10/2026) |
| 04/16/2026 | Ï 12 | MINUTE entry before the Honorable Virginia M. Kendall. Initial status hearing set for 7/14/2026 at 9:30 a.m. Joint Status Report due by 7/8/2026. The parties are directed to Judge Kendall's web page found at www.ilnd.uscourts.gov for information about the Initial Status Report and for information regarding all standing orders for cases on Judge Kendall's docket. The parties shall follow all of the standing orders for Judge Kendall and all Local Rules which can be found at the same web page. For the Initial Status Report, the parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary (with specific dates) to get the case ready for trial; 3) whether the parties jointly consent to proceed before the Magistrate Judge. At the Initial Status Hearing, the Parties shall be prepared to inform the Court about the extent of monetary damages in order for the Court to address the proportionality of discovery as required by Fed. R. Civ. P. 26. Lead counsel is directed to appear at this status hearing. Virtual hearings must be pre−approved by the Court. If you need to appear virtually, send the attached form to Judge Kendall's courtroom deputy. The courtroom deputy will inform you as to whether your request has been approved. Mailed notice (Attachments: # 1 Virtual Hearing Request Form) (lk, ) (Entered: 04/16/2026) |
| 04/17/2026 | Ï 13 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Key Patent Innovations Limited, Valtrus Innovations Limited *Amended* (Berkowitz, Matthew) (Entered: 04/17/2026) |
| 04/17/2026 | Ï 14 | SUMMONS Returned Executed by Valtrus Innovations Limited, Key Patent Innovations Limited as to NTT Global Data Centers Americas, Inc. on 4/10/2026, answer due 5/1/2026. (Berkowitz, Matthew) (Entered: 04/17/2026) |
| 04/24/2026 | Ï 15 | MOTION for Leave to Appear Pro Hac Vice on behalf of NTT Global Data Centers Americas, Inc. by Roger J. Fulghum; Filing fee $ 150, receipt number AILNDC−25030094. (Fulghum, Roger) (Entered: 04/24/2026) |
| 04/27/2026 | Ï 16 | MINUTE entry before the Honorable Virginia M. Kendall. Attorney Roger Fulghum's Motion to appear pro hac vice 15 is granted. Mailed notice (lk, ) (Entered: 04/27/2026) |

| 04/27/2026 | Ï 17 | MOTION by Defendant NTT Global Data Centers Americas, Inc. for extension of time to file answer regarding complaint, 1<br><br>(Fulghum, Roger) (Entered: 04/27/2026) |
|---|---|---|
| 04/29/2026 | Ï 18 | MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Unopposed Motion for extension of time to answer or otherwise plead 17 is granted. Responsive brief shall be filed by 6/15/2026. Mailed notice (lk, ) (Entered: 04/29/2026) |
| 05/29/2026 | Ï 19 | MOTION for Leave to Appear Pro Hac Vice on behalf of NTT Global Data Centers Americas, Inc. by Brian James Hausman; Filing fee $ 150, receipt number AILNDC–25182279.<br><br>(Hausman, Brian) (Entered: 05/29/2026) |
| 05/29/2026 | Ï 20 | RECEIVED NOTICE of FIling before Judicial Panel on Mutlidistrict Litigation. (gcy, ) (Entered: 05/29/2026) |
| 06/03/2026 | Ï 21 | MINUTE entry before the Honorable Virginia M. Kendall. Attorney Brian Hausman's Motion to appear pro hac vice 19 is granted. Mailed notice (lk, ) (Entered: 06/03/2026) |
| 06/15/2026 | Ï 22 | ANSWER to Complaint with Jury Demand , COUNTERCLAIM filed by NTT Global Data Centers Americas, Inc. against Key Patent Innovations Limited, Valtrus Innovations Limited . by NTT Global Data Centers Americas, Inc.(Fulghum, Roger) (Entered: 06/15/2026) |
| 06/18/2026 | Ï 23 | MOTION by Defendant NTT Global Data Centers Americas, Inc. to stay *Joint Motion to Stay*<br><br>(Attachments: # 1 Text of Proposed Order)(Fulghum, Roger) (Entered: 06/18/2026) |
| 07/01/2026 | Ï 24 | MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to Stay pending a determination by the Judicial Panel on Multidistrict Litigation 23 is granted. Case is stayed. Parties shall file a Status Report on or before 7/31/2026 regarding an updated status regarding determination. Mailed notice (lk, ) (Entered: 07/01/2026) |
| 07/30/2026 | Ï 25 | STATUS Report by Key Patent Innovations Limited, Valtrus Innovations Limited<br><br>(Houghton, Connor) (Entered: 07/30/2026) |
| 08/07/2026 | Ï 26 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to USDC Eastern District of Texas. (rc, ) (Entered: 08/10/2026) |
| 08/07/2026 | Ï | Civil Case Terminated pursuant to MDL 3190 Conditional Transfer Order filed 08/07/2026. (rc, ) (Entered: 08/10/2026) |
| 08/10/2026 | Ï 27 | TRANSFERRED to the USDC Eastern District of Texas the electronic record. (rc, ) (Entered: 08/10/2026) |